# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )
        Plaintiff          )    CRIMINAL NO. _08mj 73_
                                         )
                                         )    ORDER
   vs.                               )
                                         )    RELEASING MATERIAL WITNESS
Faustino Currillo-                       )
                                         )
       Defendant(s) Guzman    )    Booking No.
_____          )

On order of the United States District/Magistrate Judge,    **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

Eva Sandoval - Ortega

DATED: _1/24/08_

**LOUISA S. PORTER**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
      DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
      Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082